No. 73–1869. BEER ET AL. v. UNITED STATES ET AL. Appeal from D. C. D. C. [Probable jurisdiction noted, 419 U. S. 822.] Motion of appellees Jackson et al. to dismiss appeal for lack of prosecution denied.

No. 73–2050. UNITED STATES v. ORTIZ; and
No. 73–6848. BOWEN v. UNITED STATES. C. A. 9th Cir. [Certiorari granted, 419 U. S. 824.] Motion of the Solicitor General to consolidate cases for oral argument granted and a total of one and one-half hours allotted for oral argument. Motion for appointment of new counsel in No. 73–2050 granted. It is ordered that Charles M. Sevilla, Esquire, of San Diego, Cal., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case, and John J. Cleary, Esquire, is hereby relieved of his prior appointment.

No. 74–70. GOLDFARB ET UX. v. VIRGINIA STATE BAR ET AL. C. A. 4th Cir. [Certiorari granted, 419 U. S. 963.] Motion of the Solicitor General for additional time to participate in oral argument as *amicus curiae* granted and 15 minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.*

No. 74–872. NATIONAL SOCIETY OF PROFESSIONAL ENGINEERS v. UNITED STATES. Appeal from D. C. D. C. Motion of appellant for expedited consideration denied.

No. 74–723. ALBRIGHT, ADMINISTRATOR v. WEBER, U. S. DISTRICT JUDGE, ET AL.; and
No. 74–5701. CLARK v. DUMBAULD, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

---

*See also note, *supra,* p. 901.